UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                          CR. NO. 08-20080
   v.                    HONORABLE PAUL D. BORMAN

REGINALD CHAPPELL,

       Defendant.
_____/

## **ORDER**

Defendant, **REGINALD CHAPPELL**, who lives in Milwaukee, Wisconsin, is scheduled to appear before this Court on May 19, 2008 at 3:00 p.m., for entry of a plea to an indictment pending in the Eastern District of Michigan. Pursuant to 18 U.S.C. § 4285, he has requested non-custodial, round-trip travel fare and subsistence expenses for that purpose. This Court has found that defendant is indigent and appointed the Federal Defender Office to represent him.

**IT IS THEREFORE ORDERED** that the United States Marshal provide Defendant with non-custodial, round-trip travel fare from **Milwaukee, Wisconsin to Detroit, Michigan**, for the purpose of appearing on **May 19, 2008, at 3:00 p.m.**, before this Court in this district.

**IT IS FURTHER ORDERED** that defendant be provided with subsistence expenses for any over-night lodging necessary to assure his appearance on May 19, 2008.

**SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: May 5, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 5, 2008.

                                              s/Denise Goodine
                                              Case Manager